# United States District Court
## Northern District of Illinois
### Eastern Division

Sharren Sakoda

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 01 C 5769

College of Lake County

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered dismissing this action with prejudice pursuant to Fed. R. Civ. P. 58.

DOCKETED

JUN 2 4 2002

Michael W. Dobbins, Clerk of Court

Date: 6/21/2002

Sandy Newland, Deputy Clerk